UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>                Plaintiffs,<br>     v.<br>R G CONSTRUCTION, INC.,<br><br>                Defendant,<br>     v.<br>SECURITY STATE BANK,<br><br>                Garnishee. | Case No. MC19-0134RSL<br><br>ORDER DECLINING TO ENTER JUDGMENT |

THIS MATTER comes before the Court on plaintiffs/judgment creditors' application for judgment on the answer of the garnishee defendant. There being no signed affidavit or return of service indicating that the Writ of Garnishment and Application for Writ of Garnishment were served upon the judgment debtor by personal service or certified mail, the Court declines to enter judgment in this matter.

Dated this 5th day of February, 2020.

                                                        Robert S. Lasnik
                                                        United States District Judge