UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>    Plaintiffs,<br>v.<br>R G CONSTRUCTION, INC.,<br>    Defendant,<br>v.<br>SECURITY STATE BANK,<br>    Garnishee. | Case No. MC19-0134RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditors: | Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund, *et al.* |
| Judgment Debtor: | R G Construction, Inc. |
| Garnishee-Defendant: | Security State Bank |
| Garnishment Judgment Amount: | $52,391.32 |
| Garnishment Costs: | $160.00 |
| Garnishment Attorney's Fees: | $250.00 |
| Percent Interest on Principal: | Twelve percent (12%) per annum |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

ORDER DIRECTING ENTRY OF JUDGMENT

1    THIS MATTER coming on for consideration upon plaintiffs/judgment creditors'
2 application for judgment on the answer of the garnishee defendant. It appearing that the
3 garnishee has filed its answer herein stating that it holds funds of the defendant/judgment debtor,
4 R G Construction, Inc., in the sum of $52,391.32; that judgment creditor has judgment
5 unsatisfied against the judgment debtor in an amount in excess of that amount; that signed
6 affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment
7 including a copy of the underlying judgment, indicating service upon the judgment debtor either
8 by personal service or by certified mail, is on file herein; and that more than twenty (20) days
9 have elapsed since service of the Writ of Garnishment and the garnishee's answers thereto, now,
10 therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Clerk of Court is directed to enter judgment in favor of the judgment creditor and against the garnishee defendant in the sum of $52,391.32, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by the garnishee of the aforementioned sum to the registry of this Court, the garnishee shall be discharged from this action.

3. Judgment creditor shall have judgment against the judgment debtor for attorney's fees and costs in this garnishment action in the sum of $410.00, said sum to be added to judgment creditor's prior judgment against judgment debtor.

4. Upon receipt of the aforementioned payment from the garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $52,391.32, plus all accrued interest, minus any statutory user fees, payable to Operating Engineers Trust Funds and to mail or deliver the check to Reid, McCarthy, Ballew & Leahy, L.L.P., ATTN: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA 98119.

5. Upon receipt of said sum, judgment creditor's attorney shall cause an appropriate

1 | satisfaction of judgment to be filed in the underlying action as to the principal
2 | defendant/judgment debtor.

Dated this 28th day of February, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge